IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLEVELAND MOSEBY, JR.**                                                               **PLAINTIFF**

**V.**             **CASE NO. 4:21-CV-00128-JM-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                             **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

DATED this 16th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE