IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLEVELAND MOSEBY, JR.**                                                                **PLAINTIFF**

V.                  **CASE NO. 4:21-CV-00128-JM-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                        **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

DATED this 16th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE